# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 08, 2017

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason M. Genge        Case Number: 0980 2:16CR00198-SMJ-3

Address of Offender: Address Unknown

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 17, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison 239 days;<br>TSR - 48 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: October 20, 2017 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: October 19, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

     1            **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

                  **Supporting Evidence**: On October 26, 2017, Jason M. Genge signed his judgment for case number 2:16CR00198-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Genge was made aware by his U.S. probation officer that he must report as directed by his U.S. probation officer.

                  Jason Genge violated the terms of his supervised release by failing to report as directed on November 1, 2017.

                  On October 31, 2017, Mr. Genge was directed to report at 2 p.m. on November 1, 2017, to address his ongoing housing issue and a possible referral to the Spokane Residential Reentry Center. Mr. Genge failed to report as directed on November 1, 2017. As of the date of this report, Mr. Genge has failed to contact the U.S. Probation Office.

| | |
|---|---|
| 2 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: On October 26, 2017, Jason M. Genge signed his judgment for case number 2:16CR00198-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Genge was made aware by his U.S. probation officer that he must report any change in address to his U.S. probation officer and must live at a place approved by his U.S. probation officer.

Jason M. Genge violated the terms of his supervised release by failing to live at a place approved by the U.S. Probation Office since October 26, 2017.

On October 26, 2017, Mr. Genge reported for intake and provided an address of 616 Villard Street in Cheney, Washington. On October 30, 2017, the undersigned officer attempted to make contact with Mr. Genge at his reported address. The undersigned officer spoke with Nora Pollard, the owner of the residence. She stated that Mr. Genge does not reside at her residence and is not allowed to reside at her residence.

On October 31, 2017, Mr. Genge reported to the undersigned officer and stated that he resides in a trailer on the "west side of town." He stated he lied about his residence because he knew that his current residence would not be approved by U.S. Probation.

| | |
|---|---|
| 3 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: On October 26, 2017, Jason M. Genge signed his judgment for case number 2:16CR00198-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Genge was made aware by his U.S. probation officer that he must not use illegal controlled substances while on supervised release.

Jason M. Genge violated the terms of his supervised release by using methamphetamine, an illegal controlled substance, on or about October 24, 2017.

Mr. Genge began his 48-month term of supervised release on October 20, 2017. On October 26, 2017, Mr. Genge reported to the U.S. Probation Office for his intake appointment. Mr. Genge was advised that he would need to provide a urine sample prior to his departure. Mr. Genge indicated that he used methamphetamine and would be positive if tested for the illicit drug. Mr. Genge admitted to the undersigned officer that he consumed the illegal controlled substance on or about October 24, 2017.

Prob12C
**Re: Genge, Jason M**
**November 7, 2017**
**Page 3**

                I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/07/2017

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

---

### THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/08/2017

Date