PROB 12C
(6/16)

Report Date: April 2, 2018

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 02, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jason M. Genge                Case Number: 0980 2:16CR00198-SMJ-3

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Salvador Mendoza, U.S. District Judge

Date of Original Sentence: October 17, 2017

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Commit Bank Fraud, 18 U.S.C. § 1349 | |
| Original Sentence: | Prison - 239 days; TSR - 48 days | Type of Supervision: Supervised Release |
| Revocation Sentence: (12/5/2017) | Prison - 4 months; TSR - 44 months | |
| Asst. U.S. Attorney: | George J. C. Jacobs, III | Date Supervision Commenced: March 14, 2018 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: November 13, 2021 |

## PETITIONING THE COURT

To issue a **warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |
| | **Supporting Evidence**: On March 19, 2018, Jason M. Genge signed his judgment for case number 2:16CR00198-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Genge was made aware by his U.S. probation officer that he must notify the probation office within 72 hours of becoming aware of a change or expected change in residence. |
| | Jason Genge failed to notify the U.S. Probation Office of a change in living arrangements since March 30, 2018. |

Prob12C
**Re: Genge, Jason M**
**April 2, 2018**
Page 2

On March 30, 2018, the undersigned officer was notified by Spokane Residential Reentry Center (RRC) staff that Mr. Genge had not returned from a scheduled outing and had not called to explain his tardiness. On April 2, 2018, the undersigned officer confirmed with the RRC that Mr. Genge did not return. Mr. Genge was terminated from the RRC program on March 30, 2018, due to absconding from the facility. Mr. Genge failed to report a change in living arrangements to his U.S. probation officer within 72 hours of becoming aware of the change. As of the date of this petition, Mr. Genge's whereabouts are unknown.

2  **Special Condition # 8**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.

**Supporting Evidence**: On March 19, 2018, Jason M. Genge signed his judgment for case number 2:16CR00198-SMJ-3, indicating he understood all conditions ordered by the Court. Specifically, Mr. Genge was made aware by his U.S. probation officer that he must reside at the Spokane Residential Reentry Center (RRC) for a period up to 180 days at the direction of his supervising U.S. probation officer.

Jason Genge failed to reside at the Spokane RRC for a period of up to 180 days at the direction of his supervising U.S. probation officer as he absconded from the facility on March 30, 2018.

On March 30, 2018, the undersigned officer was notified by Spokane RRC staff that Mr. Genge had not returned from a scheduled outing and had not called to explain his tardiness. On April 2, 2018, the undersigned officer confirmed with the RRC that Mr. Genge did not return. Mr. Genge was terminated from the RRC program on March 30, 2018, due to absconding from the facility. As of the date of this petition, Mr. Genge's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/02/2018

s/Patrick J. Dennis

Patrick J. Dennis
U.S. Probation Officer

Prob12C
**Re: Genge, Jason M**
**April 2, 2018**
**Page 3**

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_____
Signature of Judicial Officer

04/02/2018
Date